**Order filed March 31, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00866-CV
_____

**BASIM MOUSILLI, Appellant**

**V.**

**NOURA SWEED, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-48880**

## O R D E R

The clerk's record was filed April 7, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Motion for New Trial filed by appellant Mousilli on December 11, 2020.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 11, 2022**, containing the Motion for New Trial filed by appellant Mousilli on December 11, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, Hassan.